■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HIAWATHA WATKINS, Appellant.— Motion by appellant to enlarge his time to perfect appeal, granted; time enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID M. MARKOWITZ, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. ANTHONY DI LORENZO, Appellant. In the Matter of ANTHONY DI LORENZO, Appellant, v. DIVISION OF PAROLE OF THE STATE OF NEW YORK, Respondent.— Motion by appellant to consolidate appeals and to dispense with printing granted. The consolidated appeals will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Application by appellant to fix bail, pending appeal, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.